UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MARSHA WILLIAMS,

        Plaintiff.

v.

COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

CV No.: 6:17-cv-02012-BR

ORDER FOR EAJA FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $7885.87 and costs in the amount of $0.00, for a total of $7885.87, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to her attorney. If it is determined that Plaintiff has debt subject to the Treasury Offset Program, then the check for the remaining funds after offset of the debt shall be made

:::

:::

:::

:::

payable to Plaintiff. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

IT IS SO ORDERED.

DATED this 19th day of December, 20__.

_____
ANNA J. BROWN
United States Senior District Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff